# **ATTACHMENT TO CIVIL COVER SHEET**

**I. (c)   Attorneys for Plaintiff:**

Dale Desnoyers
Allen & Desnoyers LLP
90 State Street, Suite 1009
Albany, New York 12207
(518) 426-2288
dale@allendesnoyers.com

Brian D. Israel
Geoffrey Michael
Lauren Daniel
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave. NW
Washington, DC 20002
(202) 942-6546
brian.israel@arnoldporter.com
geoffrey.michael@arnoldporter.com
lauren.daniel@aporterporter.com

**Attorney for Defendant:**

Karen Prena
Karen Lee Prena P.C.
3100 North Sheridan Road
Suite 4D
Chicago, IL 60657
(773) 327-0952
kprena@prenalaw.com