IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Honeywell International Inc.,<br><br>        *Plaintiff,*<br><br>v.<br><br>Buckeye Partners, L.P., *et al.*,<br><br>        *Defendants*. | No. 5:18-CV-00646 (FJS/ML) |
| Honeywell International Inc.,<br><br>        *Plaintiff,*<br><br>v.<br><br>CITGO Petroleum Corporation,<br><br>        *Defendant.* | No. 5:19-CV-01219 (FJS/ML)<br>(*Consolidated*) |

**STIPULATION OF DISMISSAL**

NOW COMES Plaintiff Honeywell International Inc. ("Honeywell") and Defendant CITGO Petroleum Corporation ("CITGO"), parties to the above-captioned actions, through their undersigned counsel jointly stipulate and agree pursuant to Federal Rule of Civil Procedure 41(a) as follows:

Honeywell hereby dismisses with prejudice its action against CITGO, Complaint, ECF No. 1, *Honeywell International Inc. v. CITGO Petroleum Corporation*, No. 5:19-CV-01219 (FJS/ML), and each and every count and claim asserted therein, each party to bear their own costs, expenses, and fees. The parties further stipulate that no party hereto is an infant or incompetent.

Respectfully submitted this 29th day of May, 2024.

SO STIPULATED AND AGREED:

For Plaintiff Honeywell International Inc.

ARNOLD & PORTER KAYE SCHOLER LLP
*/s/ Brian D. Israel*
Brian D. Israel
Daniel A. Cantor
Tyler L. Burgess
Brian.Israel@arnoldporter.com
Daniel.Cantor@arnoldporter.com
Tyler.Burgess@arnoldporter.com
(202) 942-6546 (Israel)
(202) 942-5765 (Cantor)
(202) 942-5505 (Burgess)

For Defendant CITGO Petroleum Corporation:

KAREN LEE PRENA P.C.
*/s/ Karen L. Prena*
Karen L. Prena
kprena@prenalaw.com
(773) 327-0952

IT IS SO ORDERED.

_____
Frederick J. Scullin, Jr.
Senior United States District Judge

Date: June 3, 2024

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 29, 2024, I filed the foregoing document electronically through the CM/ECF system, which caused all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

/s/ *Brian D. Israel*
Brian D. Israel
